Prepared by State Reporter from Appeal Papers

THE PEOPLE OF THE STATE OF NEW YORK ex rel.
RUDOLPH H. LEE, as Executor of GEORGE C. LEE,
Deceased, Respondent, *v.* JOHN F. GILCHRIST et al.,
Constituting the State Tax Commission, Appellants.

*Tax — income tax — partnership — income received by surviving part-
ners and paid to estate of deceased partner pursuant to terms of
partnership agreement — improper assessment of income tax thereon.*

People ex rel. Lee v. Gilchrist, 215 App. Div. 576, affirmed.

(Argued November 16, 1926; decided November 30, 1926.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 8, 1926, which annulled on certiorari a determi-
nation of the State Tax Commission assessing an
additional income tax upon the estate of George C. Lee,
deceased. The question was whether partnership income
received by surviving partners and paid over to the
estate of a deceased partner, pursuant to the terms of
the partnership agreement, should be taxed as income
to the surviving partners or as income to the estate of
the deceased partner. The Appellate Division held that
the sum in question was received by the estate not as
income, but as a payment of principal from the surviving
partners for the deceased partner's interest in good will.

*Albert Ottinger, Attorney-General* (*Henry S. Manley* of
counsel), for appellants.

*Martin Roob* and *Jacob H. Shaffer,* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, CRANE, ANDREWS
and LEHMAN, JJ. Dissenting: CARDOZO and MC-
LAUGHLIN, JJ.